*Robert Abbott*
*vs*
*Thos. Jones*

Detroit Oct$^r$ 5th 1808

The Jurors do find a Verdict in favour of the Plaintiff for Two hundred & sixty three Dollars      H. R. MARTIN   foreman